HENRY v. KIRBY LUMBER CO. (No. 2877.)

(Supreme Court of Texas. Jan. 21, 1920.)

APPEAL AND ERROR ⟳1163—SUPREME COURT, HOLDING REVERSAL BY COURT OF CIVIL APPEALS ERROR, WILL REMAND TO SUCH COURT TO PASS ON ASSIGNMENTS NOT CONSIDERED BY IT.

Where Court of Civil Appeals reversed judgment of lower court on one assignment of error, without passing upon other assignments, Supreme Court, in holding that Court of Civil Appeals erred, will not affirm judgment of lower court, where such other assignments raise questions not properly within its jurisdiction, but will confine its decision to matter on which Court of Civil Appeals based its reversal, and will remand case to such court, to enable it to pass on such other assignments.

Error to Court of Civil Appeals of Fourth Supreme Judicial District.

On motion for rehearing. Motion granted in part, and case remanded to Court of Civil Appeals.

For former opinion, see 215 S. W. 451.

PHILLIPS, C. J. We adhere to the holding made in the original disposition of this case, that the question of contributory negligence on the part of the plaintiff was for the jury. The Court of Civil Appeals determined that question as one of law and adversely to the plaintiff. 178 S. W. 23. In rendering judgment for the defendant thereon, it did not pass upon other assignments of error presented by the defendant. The defendant is entitled to have those assignments passed upon. Since some of them raise questions not properly within the jurisdiction of the Supreme Court, requiring therefore that the case be remanded to the Court of Civil Appeals, we deem it best to confine the decision of the Supreme Court to the question of the plaintiff's contributory negligence and let the Court of Civil Appeals determine all other assignments of error there presented by the defendant.

The motion for rehearing is therefore granted in part and the case will be remanded to the Court of Civil Appeals for the consideration of such assignments of error.